## CITIZENS LOAN & SAVINGS ASSN v KRICKENBERGER

Ohio Appeals, 2nd Dist, Darke Co

Decided June 22, 1932

Billingsley & Mannix, Greenville, for plaintiff.

Herman F. Krickenberger, Greenville, and Murphy & Staley, Greenville, for defendant.

For full opinion see 39 OLR 365; 188 NE 396; 46 Oh Ap 228.